



## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lois Johnson-Hamerman and<br>Conrad Hamerman, W/H<br><br>             Plaintiffs<br><br>    v.<br><br>The Watermark at Logan Square d/b/a the Springs at<br>the Watermark, The Gardens at the Watermark and<br>The Inn at the Watermark<br>        and<br>Watermark Retirement Communities, Inc.<br>        and<br>Watermark Logan Partners, LP<br>        and<br>The Freshwater Group, Inc.<br><br>             Defendants | NO. 14-CV-2607 |

**FILED**

JUN 30 2014

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER AND STIPULATION

It is hereby ORDERED through stipulation and agreement between all parties that:

1.    Plaintiffs are granted leave to file an Amended Complaint in the form attached hereto as Exhibit "A." The Amended Complaint shall be deemed filed as of the date of this Order and Stipulation;

2.    It is further ORDERED that the caption in this matter is hereby amended, as reflected in Plaintiffs' proposed Amended Complaint in the form attached hereto as Exhibit "A;" and

3.    It is further ORDERED that this matter is remanded to the Philadelphia County Court of Common Pleas on this date.

FELDMAN SHEPHERD WOHLGELERNTER          WEBER GALLAGHER SIMPSON
TANNER WEINSTOCK & DODIG, LLP           STAPLETON FIRES & NEWBY, LLC

By: _____        By: _____
     Daniel S. Weinstock, Esquire              Joseph Goldberg, Esquire
     G. Scott Vezina, Esquire                  Michael B. Pullano, Esquire
     Carolyn M. Chopko, Esquire                Jacqueline Genesio, Esquire
     Attorneys for Plaintiffs                  Attorneys for Defendants

Date: 6/27/14                            Date: 6/27/14


BY THE COURT:

6/30/14.     _____
             EDUARDO C. ROBLENO          J.


ENTERED

JUN 3 0 2014

CLERK OF COURT