| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA<br>U.S. COURTHOUSE<br>INDEPENDENCE MALL WEST<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1797 | CLERK'S<br>OFFICE<br>ROOM 2609<br>TELEPHONE<br>(215)597-7704 |
| MICHAEL E. KUNZ<br>CLERK OF COURT | | |

6/30/14

Prothonotary's Office
Room 269 City Hall
Certification Clerk
Philadelphia, Pa 19107
Attn: Patricia McAllister

RE: Johnson-Hamerman et al vs The Watermark at Logan Square et al
14-2607

**FILED**
JUL -9 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

TO THE PROTHONOTARY:

Enclosed herewith is the original record from the Court of Common Pleas, together with a copy of the order which was filed in this office on 6/30/14.

Kindly acknowledge receipt on the copy of this letter provided.

Very truly yours,

**MICHAEL E. KUNZ**
Clerk of Court

By: _____
Joe Lavin, Deputy Clerk

cc:

JUL 07 2014

Received above record this _____ day of _____,

_____
Signature